CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378
cvaughan@adasolutionsgroup.com

Attorneys for AUTOTEK, INC. and
CHRISTOPHER LULL, Plaintiffs

ROBERT L. CHALFANT, SBN 203051
WENDY MOTOOKA, SBN 233589
CREGGER & CHALFANT, LLP
701 University Avenue, Suite 110
Sacramento, CA 95825
Telephone: 916-426-1889
Facsimile: 916-443-2124

Attorneys for the COUNTY OF SACRAMENTO Defendants

STEPHANIE L. QUINN, SBN 216655
SUSAN A. DENARDO, SBN 235166
MURPHY, CAMPBELL, ALLISTON & QUINN
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826
Telephone: 916-400-2300
Facsimile: 916-400-2311

Attorneys for SACRAMENTO MUNICIPAL UTILITY
DISTRICT, Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LULL, et al.<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>COUNTY OF SACRAMENTO;<br>et al,<br><br>　　　　　Defendants. | Case No. 2:16-cv-01093-KJM-CKD<br><br>SECOND STIPULATION TO EXTEND PLAINTIFFS' TIME TO FILE SECOND AMENDED COMPLAINT; ORDER THEREON |

1     WHEREAS on July 25, 2017, Judge Kimberly J. Mueller issued her Order [Doc. 31] on Defendants' Motions to Dismiss;

    WHEREAS in said Order, Judge Mueller granted Plaintiffs fourteen (14) days from the date of the Order, July 25, 2017, or to and until August 8, 2017, to file an amended complaint;

    WHEREAS, the parties previously stipulated to an extension of time for Plaintiffs to file an amended complaint [Doc. 32];

    WHEREAS, Judge Mueller granted Plaintiffs' request for additional time, to and until September 1, 2017, to file an amended complaint based upon the parties' previous stipulation [Doc. 33];

    WHEREAS Plaintiffs desire additional time, to and until September 8, 2017, to file an amended complaint;

    WHEREAS Defendants agree to allow Plaintiffs this additional time to amend;

    WHEREAS the County Defendants and Plaintiffs wish to delay service of their initial disclosures until after the pleadings have settled, and Defendant SMUD has already served its initial disclosures and does not object to this agreement between the County Defendants and Plaintiffs;

    THEREFORE, the parties hereby stipulate, by and through their counsel of record, to the following:

1.     Plaintiffs' time to file their Second Amended Complaint is extended to September 8, 2017;

2.     Defendants shall have until September 22, 2017, in which to respond to the Second Amended Complaint in any manner permitted under the Federal Rules of Civil Procedure; and

3.     The County Defendants and Plaintiffs shall have until two weeks after the

County Defendants answer the complaint in which to serve initial disclosures.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: September 11, 2017     VAUGHAN & ASSOCIATES

*/s/ Cris C. Vaughan*
CRIS C. VAUGHAN
Attorneys for Plaintiffs Autotek, Inc.
and Christopher Lull

Dated: September 11, 2017     CREGGER & CHALFANT LLP

*/s/ Wendy Motooka*
WENDY MOTOOKA
Attorneys for Defendants County of Sacramento, Lori Moss, Leighann Moffitt, Brian Washko, Robin Rasmussen, Bob Ivie, John Muzinich, Scott Purvis, Russ Williams, Wayne Eastman, June Powells-Mays, Tammy Derby, Paul Munoz, Cyndi Lee, Florence Evans and Jared Wickliff

Dated: September 11, 2017     MURPHY, CAMPBELL, ALLISTON & QUINN

*/s/ Susan Denardo*
SUSAN DENARDO
Attorneys for Defendant Sacramento Municipal Utility District

**ORDER**

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Second Amended Complaint is now due no later than September 8, 2017;

2. Defendants have until September 22, 2017, to respond to the Second Amended Complaint in any manner permitted by the Federal Rules of Civil Procedure;

3. Plaintiffs' and the County Defendants' initial disclosures shall be served within fourteen days after the County Defendants file an answer to the complaint.

**IT IS SO ORDERED.**

DATED: September 11, 2017.

_____
UNITED STATES DISTRICT JUDGE