CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203051
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.426-1889
Fax: 916.443-2124

Attorneys for Defendants COUNTY OF SACRAMENTO, LORI MOSS, LEIGHANN MOFFITT, BRIAN WASHKO, ROBIN RASMUSSEN, BOB IVIE, JOHN MUZINICH, SCOTT PURVIS, RUSS WILLIAMS, WAYNE EASTMAN, JUNE POWELLS-MAYS, TAMMY DERBY, PAUL MUNOZ, CYNDI LEE, FLORENCE EVANS, JARED WICKLIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOTEK, INC. and CHRISTOPHER LULL,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.<br>Defendants. | Case No.: 2:16-cv-01093 KJM CKD<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT; ORDER** |

WHEREAS on July 25, 2017, the Court granted defendants' motions to dismiss the First Amended Complaint with leave to amend, within 14 days, as to five causes of action (Doc. 31);

WHEREAS the Court entered the parties' proposed stipulated orders to extend plaintiffs' time to file the Second Amended Complaint to September 8, 2017 (Docs. 32-36);

WHEREAS on September 8, 2017, plaintiffs filed their Second Amended Complaint;

WHEREAS the County defendants met and conferred with plaintiffs on September 18, 2017, to discuss whether the Second Amended Complaint exceeds the scope of leave to amend granted, and whether the Second Amended Complaint states a claim upon which relief can be

granted;

WHEREAS plaintiffs would like additional time consider the County defendants' intended challenge to the Second Amended Complaint, and whether and how this challenge might be limited or resolved without further motions practice;

WHEREAS the SMUD defendants also intend to meet and confer with plaintiffs about the propriety and/or sufficiency of the Second Amended Complaint; and

WHEREAS the parties agree that an additional three weeks is needed to fully address these issues;

THEREFORE, the parties hereby stipulate, by and through their counsel of record, as follows:

1. Defendants shall have a three-week extension of time, to October 13, 2017, to respond to the Second Amended Complaint in any manner permitted by the Federal Rules of Civil Procedure.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: September 18, 2017  VAUGHAN & ASSOCIATES

*/s/ Cris C. Vaughan*
CRIS C. VAUGHAN, SBN 99568
Attorneys for Plaintiffs Autotek, Inc. and Christopher Lull

Dated: September 18, 2017  CREGGER & CHALFANT LLP

*/s/ Wendy Motooka*
WENDY MOTOOKA
Attorneys for the County of Sacramento Defendants

Dated: September 18, 2017  MURPHY, CAMPBELL, ALLISTON & QUINN

*/s/ Susan DeNardo*
SUSAN DENARDO, SBN 235166
Attorneys for Defendant Sacramento Municipal Utility District

**ORDER**

After considering the Stipulation by and between the parties through their counsel of record, IT IS HEREBY ORDERED THAT:

1. Defendants shall have a three-week extension of time, to October 13, 2017, to respond to the Second Amended Complaint in any manner permitted by the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: September 21, 2017.

_____
UNITED STATES DISTRICT JUDGE