CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378
cvaughan@adasolutionsgroup.com

Attorneys for AUTOTEK, INC. and
CHRISTOPHER LULL, Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOTEK, INC. and CHRISTOPHER LULL, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SACRAMENTO; SACRAMENTO MUNICIPAL UTILITY DISTRICT; et al <br><br> Defendants. | Case No. 2:16-cv-01093-KJM-CKD <br><br> STIPULATION BETWEEN PLAINTIFF AND SMUD RE: DISMISSAL OF CERTAIN CLAIMS FROM THE SECOND AMENDED COMPLAINT |

WHEREAS the Court's order of July 25, 2017 (Doc. 31), granted the Sacramento Municipal Utility District's ("SMUD") motion to dismiss the First Amended Complaint, but allowed Plaintiffs leave to amend their fifth, eighth, ninth, tenth and eleventh claims;

WHEREAS Plaintiffs timely filed a Second Amended Complaint on September 8, 2017 (Doc. 35);

WHEREAS Defendants' response to the Second Amended Complaint is due on October 13, 2017 (Doc. 39); WHEREAS, Cris C. Vaughan, Vaughan & Associates, counsel for Plaintiffs, and Susan DeNardo, Murphy, Campbell, Alliston & Quinn, counsel

1 for SMUD, met and conferred about SMUD's proposed motion to dismiss the Second
2 Amended Complaint;

3 WHEREAS Plaintiffs and SMUD agreed that the Second Amended Complaint's
4 addition of new causes of action is outside the scope of the leave to amend granted;

5 THEREFORE, the parties, by and through their counsel of record, hereby
6 stipulate as follows:

7 1. Count Three of the Second Amended Complaint is dismissed without
8 prejudice;

9 2. Count Four of the Second Amended Complaint is dismissed without
10 prejudice;

11 3. Count Five of the Second Amended Complaint is dismissed without
12 prejudice;

13 4. Count Six of the Second Amended Complaint is dismissed without
14 prejudice.

15 5. Count Seven of the Second Amended Complaint is dismissed without
16 prejudice.

17 IT IS SO STIPULATED.

Dated: October 11, 2017        VAUGHAN & ASSOCIATES

*/s/ Cris C. Vaughan*
CRIS C. VAUGHAN
Attorneys for Plaintiffs Autotek, Inc., and
Christopher Lull

Dated: October 4, 2017        MURPHY, CAMPBELL,
ALLISTON & QUINN

*/s/ Susan DeNardo*
SUSAN DENARDO
Attorneys for Defendant Sacramento
Municipal Utility District

# ORDER

After considering the Stipulation by and between Plaintiffs and SMUD through their counsel of record, IT IS HEREBY ORDERED THAT:

1. Count Three of the Second Amended Complaint is dismissed without prejudice.

2. Count Four of the Second Amended Complaint is dismissed without prejudice;

3. Count Five of the Second Amended Complaint is dismissed without prejudice;

4. Count Six of the Second Amended Complaint is dismissed without prejudice.

5. Count Seven of the Second Amended Complaint is dismissed without prejudice.

**IT IS SO ORDERED.**

Date: October 11, 2017.

_____
UNITED STATES DISTRICT JUDGE