CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378
cvaughan@adasolutionsgroup.com

Attorneys for AUTOTEK, INC. and
CHRISTOPHER LULL, Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOTEK, INC. and CHRISTOPHER LULL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO MUNICIPAL UTILITY DISTRICT; et al<br><br>Defendants. | Case No. 2:16-cv-01093-KJM-CKD<br><br>STIPULATION BETWEEN PLAINTIFF AND COUNTY DEFENDANTS RE: DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS FROM THE SECOND AMENDED COMPLAINT |

WHEREAS the Court's order of July 25, 2017 (Doc. 31), granted the County Defendants' motion to dismiss the First Amended Complaint, but allowed Plaintiffs leave to amend their claims for First Amendment retaliation, intentional infliction of emotional distress, and negligent infliction of emotional distress;

WHEREAS Plaintiffs timely filed a Second Amended Complaint on September 8, 2017 (Doc. 35);

WHEREAS Defendants' response to the Second Amended Complaint is due on October 13, 2017 (Doc. 39);

WHEREAS, Cris C. Vaughan, Vaughan & Associates, counsel for Plaintiffs, and Wendy Motooka, Cregger & Chalfant, LLP, counsel for the County of Sacramento Defendants, met and conferred about the County Defendants' proposed motion to dismiss and motion to strike the Second Amended Complaint;

WHEREAS Plaintiffs and the County Defendants agreed that the Second Amended Complaint's addition of new causes of action and new County employee defendants is outside the scope of the leave to amend granted; and

WHEREAS the parties' agreement on this point resolves all issues to be raised by the County Defendants' proposed motion to strike;

THEREFORE, the parties, by and through their counsel of record, hereby stipulate as follows:

1. Defendants Manuel Mejia, Robert Logsdon, and Ben Green shall be dismissed without prejudice from the Second Amended Complaint;

2. Count Nine of the Second Amended Complaint (Bane Act) shall be dismissed without prejudice;

3. Count Twelve of the Second Amended Complaint (First Amendment Right of Access to the Court) shall be dismissed without prejudice.

///
///
///
///
///
///
///

IT IS SO STIPULATED.

Dated: October 11, 2017　　　　VAUGHAN & ASSOCIATES

　　　　　　　　　　　　　　　　*/s/ Cris C. Vaughan*
　　　　　　　　　　　　　　　　CRIS C. VAUGHAN
　　　　　　　　　　　　　　　　Attorneys for Plaintiffs Autotek, Inc.
　　　　　　　　　　　　　　　　and Christopher Lull

Dated: October 11, 2017　　　　CREGGER & CHALFANT LLP

　　　　　　　　　　　　　　　　*/s/ Wendy Motooka*
　　　　　　　　　　　　　　　　WENDY MOTOOKA, SBN 233589
　　　　　　　　　　　　　　　　Attorneys for Defendants County of Sacramento, Lori Moss, Leighann Moffitt, Brian Washko, Robin Rasmussen, Bob Ivie, John Muzinich, Scott Purvis, Russ Williams, Wayne Eastman, June Powells-Mays, Tammy Derby, Paul Munoz, Cyndi Lee, Florence Evans and Jared Wickliff

**ORDER**

After considering the Stipulation by and between Plaintiffs and the County of Sacramento Defendants through their counsel of record, IT IS HEREBY ORDERED THAT:

1. Manual Mejia, Robert Logsdon, and Ben Green are dismissed as defendants, without prejudice, from the Second Amended Complaint;

2. Count Nine of the Second Amended Complaint (Bane Act) is dismissed without prejudice; and

3. Count Twelve of the Second Amended Complaint (First Amendment Right of Access to the Court) is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: October 11, 2017.　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-3-
STIPULATION BETWEEN PLAINTIFF AND COUNTY DEFENDANTS RE: 2nd AMENDED COMPLAINT
2:16-cv-01093-KJM-CKD