UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| AUTOTEK, INC. and CHRISTOPHER LULL, | No. 2:16-cv-01093-KJM-CKD |
|---|---|
| Plaintiffs, | |
| v. | FIRST AMENDMENT TO THE SCHEDULING ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

The parties jointly request (ECF No. 55) to amend dates in the pretrial scheduling order (ECF No. 25). Good cause appearing, the court GRANTS this request, as follows:

| **Description** | **Existing Date** | **New Date** |
|---|---|---|
| Discovery Cutoff | January 5, 2018 | July 6, 2018 |
| Expert Disclosures | February 12, 2018 | August 13, 2018 |
| Supplemental Expert Disclosures | March 5, 2018 | September 3, 2018 |
| Completion of Expert Discovery | April 6, 2018 | October 5, 2018 |
| All Dispositive Motions Hearing Date | May 4, 2018 | November 2, 2018 |
| File Joint Pretrial Conference Statement | August 31, 2018 | VACATED |
| Final Pretrial Conference | September 21, 2018 | VACATED |
| Trial Briefs Due | October 15, 2018 | VACATED |
| Jury Trial | October 29, 2018 | VACATED |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 25).

1

1     IT IS SO ORDERED.

2  DATED:  January 23, 2018.

3                                                              _____
                                                               UNITED STATES DISTRICT JUDGE